Dwight Ray Hill

**vs.**

Parker County Sheriff Department

129 Hogle Street
Weatherford, Tx 76086

ORIGINAL

## Violation of Civil Rights Lawsuit

Plaintiff and Pro Se Attorney Dwight Ray Hill is filing a Lawsuit for Violation of his Civil Rights Against Parker County Sheriff Department for illegally Arresting him In the Walmart Parking lot in Weatherford, Tx. on or about 7-14-2010 9:30 AM out of their Legal jurisdiction as Walmart is in the City limits of Weatherford which is the Weatherford Police Departments jurisdiction. Plaintiff was falsely accused on sending an e-mail to some person threatening them. E-mail was not sent from Plaintiff's Computer located at 1728 Martin Dr. #8102 Weatherford, Tx 76086 Computer Tag # 2QWT5J1 via Charter High Speed internet, Plaintiff's Internet Provider. Plaintiff has never sent an e-mail from any other Computer since he purchased his Dell Inspiron 530 Computer at Walmart in June 2009. Plaintiff is a victim of Cybernetics Technology and Parker County Sheriff Computer Operators have used his personal information in the past and attempted to spam his Computer 11 times with Child Porn and copies of Documents

(page 1)

have been filed with Justice of Peace Prec'nt #3 Suzie Merkley and J.P. Jane Choate of Parker County Texas. They used plaintiff's e-mail address to send the porn to his computer from Sheriff Dept. in Parker County 11 times at 129 Hogle Street Weatherford, Tx 76086 using 11 different computers which all must be destroyed as they are not allowed back on any internet server after being found to contain child porn.

Violation of 4th Amendment {
Plaintiff's 2009 Ford Ranger Pick up was legally parked in a Walmart parking space with current inspection, license plates, and insurance from Hartford paid thru 6-15-2011.
Plaintiff's vehicle was illegally searched by Sheriff's Deputies Antony Chavez and Dallas Cook as they took plaintiff's keys and unlocked his truck.

Plaintiff {
Investigator Miller drew his weapon on and pointed it at him for no reason as I was in shorts and a Tee-Shirt and obviously unarmed. Vehicle was ordered Towed by Investigator Miller using Longhorn Wrecker Service. An illegal arrest, illegal search and seizure of Plaintiff's vehicle. Violation of the many Amendments of the Constitution of the U.S. {4th, 6th, 8th, +14th} (page 2)

Parker County Sheriff's Department has been sued by plaintiff approximately 10 times in the past for Libel/Slander and Violation of his civil Rights on 3 false charges that have been dismissed and Plaintiff's record is still not expunged. 2002 charge was also a false retaliation charge that was dismissed in July 2008. Plaintiff was locked up over 10 years on false charges Plaintiff's Reputation has again been defamed and libeled and his Liberty taken away and his property illegally searched and seized by Parker County Sheriff's Department and charged with another false charge that will never go to jury trial as the 3 past charges have not either. Plaintiff's calls were Blocked via Jail Phone by Bonding Companys.

[margin note: Violation of 8th Amendment]

Plaintiff is seeking $10 million Dollars in Damages in a 1984 Violation of Civil Rights Court Action in A jury Trial in the Northern District of Texas U.S. District Court System Plaintiff will not get justice in the Texas State ▬ Judicial System as past law suits have shown. Please Allow this Lawsuit to go forward.

7-23-2010  Dwight Ray Hill

(page 3)

Dwight Ray Hill

vs

Parker County Sheriff's Dept ~~[redacted]~~

129 Hogle Street
Weatherford, Tx 76086

U.S. District Court
Northern District
Tarrant County
TEXAS

## Attorney of Record

Current   Dwight Ray Hill   Pro Se
129 Hogle Street
Weatherford, Tx 76086

## Alternate Address in case I Am Moved

Dwight Ray Hill
Spruce Unit
North Texas State Hospital
Vernon Campus   ~~[redacted]~~ 4730 College Dr
Vernon, Texas 76384

7-23-2010

*Dwight Ray Hill*

Dwight Ray Hill

vs.

Parker County Sheriff Department

Case #

U.S. District Court
Northern District
Tarrant County
Texas

## Judgment

Parker County Sheriff Department is hereby ordered to pay $10 million in damages to Plaintiff Dwight Ray Hill for illegal arrest, illegal search & seizure of plaintiff's 2009 Ford Ranger Pickup and for libel and or slander and or defamation of character of Plaintiff Dwight Ray Hill, and his illegal incarceration.

_____ yes   _____ No

date _____

X _____
Jury foreman

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

4-10CV-532-Y

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Dwight Ray Hill
129 Hogle St.
Weatherford, TX 76086

**(b)** County of Residence of First Listed Plaintiff: **Parker**
(EXCEPT IN U.S. PLAINTIFF CASES)

RECEIVED JUL 28 2010 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Pro-Se (Above Address)

## DEFENDANTS
Parker County Sheriff Dept.
129 Hogle St.
Weatherford, TX 76086

County of Residence of First Listed Defendant: **Parker**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
John Forrest
714 Columbia St
Weatherford, TX 76086

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Violation of Civil Rights illegal Arrest, Search + seizure

Brief description of cause: Illegal Arrest, search + seizure And False incarceration

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 10 million
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 7-26-2010
SIGNATURE OF ATTORNEY OF RECORD: Dwight Ray Hill Pro-Se

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Dwight Ray Hill #9722273
129 Nogle St.
Weatherford, TX, 76086

INMATE MAIL

Legal Mail
Ft. Worth TX 76161
TUE 27 JUL 2010 PM
USA FIRST-CLASS

U.S. District Court Bldg.
U.S. District Court Clerk Rm 310
501 West 10th Street
(10th & Lamar Streets)
Ft. Worth, TX. 76102

Legal Mail

RECEIVED
2010 JUL 28 AM 11:31
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TX
FORT WORTH DIVISION
CLERK OF COURT